**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

TIMOTHY COLEMAN, *a/k/a LA*,

                        Defendant.

------------------------------------- x

ORDER

20 Crim. 57-11 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for an order granting his release or, in the alternative, a bail hearing is denied.

Dated: New York, New York
      April 13, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge