UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TIMOTHY COLEMAN,

                  Defendant.

------------------------------------x

ORDER

20 Crim. 57-11 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2020

GEORGE B. DANIELS, United States District Judge:

    A plea hearing is scheduled for January 6, 2021 at 9:00 am.

Dated: New York, New York
       December 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge