USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 15 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                ORDER

TIMOTHY COLEMAN,                    20 Crim. 57 (GBD)

                      Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from May 19, 2021 to June 23, 2021 at 10:00 AM.

Dated: New York, New York
       April 15, 2021

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge