UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

TIMOTHY COLEMAN,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 57-11 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The request by the United States Probation Office to extend the deadline to submit a final pre-sentence report is GRANTED. The final disclosure date for the pre-sentence report is June 9, 2021.

Dated: New York, New York
       April 26, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge