**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TIMOTHY COLEMAN,

                    Defendant.

------------------------------------x

ELECTRONICALLY FILED
JUN 16 2021

ORDER

20 Crim. 57-11 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from June 23, 2021 to July 21, 2021.

Dated: New York, New York
       June 16, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge