# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Sarah Elizabeth Aberg
212.634.3091 direct
212.655.1727 fax
saberg@sheppardmullin.com

July 13, 2021

**VIA ECF**

SO ORDERED

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

JUL 1 4 2021

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: United States v. Timothy Coleman
20 Crim. 57 (GBD)

Dear Judge Daniels:

Defendant Timothy Coleman respectfully requests the Court grant his application to file a redacted sentencing submission. The redacted information is the names of Timothy's immediate family and one of his close friends. We make this request in light of Timothy's concern for the safety of his family and avoiding unnecessary identification of these individuals to other members of the 59 Brims or other criminal organizations.

Thank you for your consideration of this request.

Respectfully,

/s/ Sarah Elizabeth Aberg

Sarah Elizabeth Aberg
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP